JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 563704 B.C., LTD., a Canadian Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>REEBOK INTERNATIONAL, LTD., a corporation; M-F ATHLETIC COMPANY, INC., a corporation; AMAZON.COM, INC., a corporation; DIAMOND FITNESS SYSTEMS, INC., a corporation; FIND IMPORT CORPORATION dba ATAFA.COM, a corporation; CITY SPORTS, INC., a corporation; DUNHAM'S ATHLEISURE CORPORATION, INC., a corporation; FITNESS LIFESTYLES, INC., a corporation; ICON HEALTH AND FITNESS, INC., a corporation; GSI COMMERCE, INC., a corporation; JC PENNY COMPANY INC., a corporation; LIVE, LLC., a limited liability company; MODELL'S SPORTING GOODS, INC., a corporation; QVC, INC., a corporation; GAIAM, INC., a corporation; MYFITNESSSUPPLY.COM, a business entity form unknown; THE SPORTS AUTHORITY, INC., a corporation; and DOES 1 through 10,<br><br>  Defendants.<br><br>AND RELATED CROSS ACTIONS. | CASE NO. CV11-02642-AHM (VBKx)<br><br>*[Assigned to The Honorable A Howard Matz, Dept. 14)*<br><br>**ORDER GRANTING STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: March 29, 2011<br>TRIAL DATE:    October 2, 2012 |

1018228.1

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**

1  Based on the Stipulated Notice of Dismissal With Prejudice signed by counsel
2  for Plaintiff 563704 B.C., Ltd. and Defendants Reebok International, Ltd.; M-F
3
4  Athletic Company, Inc.; Amazon.Com, Inc.; City Sports, Inc.; Dunham's Athleisure
5  Corporation, Inc.; ICON Health & Fitness, Inc.; GSI Commerce, Inc.; JC Penney
6  Company, Inc.; Modell's Sporting Goods, Inc.; Gaiam, Inc., and The Sports
7
8  Authority, Inc,
9  IT IS HEREBY ORDERED that the above-captioned action is dismissed,
10 with prejudice, and with each party to bear their own costs and attorneys' fees.
11
12
13 DATED:   February 29, 2012
14
                                              _____
15 **JS-6**                                    Honorable A. Howard Matz

1018228.1

2

**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE**